WALTER ZULINSKY, BY HIS NEXT FRIEND, ET AL., RESPONDENTS, v. PETER GREENBLAT, APPELLANT.

Submitted October 30, 1936—Decided January 22, 1937.

For the respondents, *Andrew O. Wittreich.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.